UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KEVIN DEWAYNE TAYLOR, JR.,

            Plaintiff,

  v.

AMBER ROBBINS, et al.,

           Defendants.

CASE NO. 2:25-cv-00582-RSL-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, plaintiff's objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) While plaintiff objects "to any report and recommendation" for dismissal, Dkt. # 12, he has not filed an amended complaint or otherwise explained his failure to prosecute this case. In light of the continuing failure to properly prosecute, failure to comply with a court order, and failure to file a second amended complaint curing his pleading's deficiencies by the required deadline, this action is DISMISSED without prejudice.

(3) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Honorable David W. Christel.

Dated this 7th day of August, 2025.

*/s/ Robert S. Lasnik*
ROBERT S. LASNIK
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1